**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MICHAEL AHART | CIVIL ACTION NO. 6:13-CV-2787 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| FRANK ANGELLE ET AL | BY CONSENT OF THE PARTIES |

### MINUTES OF COURT

| | |
|---|---|
| Date: June 23, 2015 | Presiding: Magistrate Judge Hanna |
| Court Opened: 10:00 a.m. | Courtroom Deputy: Evelyn Alexander |
| Court Adjourned: 10:15 a.m. | Court Reporter: Gayle Wear |
| Statistical Time: 0:15 | |

**APPEARANCES:**
Sean McAllister, standing in for L Clayton Burgess, representing plaintiff, Michael Ahart
Desiree C Williams-Auzenne representing defendants, Frank Angelle and Paul Mouton

**CASE CALLED FOR**                                   **FILINGS:**

 **X**   Motion Hearing

**COMMENTS:**

This case came on for hearing on Motion for Summary Judgment [30], filed by defendants.

The motion was argued, and the Motion for Summary Judgment [30], is hereby GRANTED as to the claims of plaintiff, Michael Ahart and TAKEN UNDER ADVISEMENT as to the claims of Alexis Ahart.

A written ruling and Order by the Court will follow.