UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL AHART, ET AL. | CIVIL ACTION NO. 6:13-cv-02787 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| PAUL MOUTON, ET AL. | BY CONSENT OF THE PARTIES |

### JUDGMENT

For the reasons assigned in the memorandum ruling of July 20, 2015,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment (Rec. Doc. 30), which was filed by the defendants, Paul Mouton, the duly elected City Marshal of the City of Opelousas, Louisiana, and Frank Angelle, individually and in his capacity as Deputy Marshal of the City of Opelousas, is GRANTED, and the federal-law claims asserted against the defendants are dismissed with prejudice. Additionally, the Court declines to exercise supplemental jurisdiction over the plaintiff's state-law claims, and those claims are dismissed without prejudice.

Signed at Lafayette, Louisiana, this 21st day of July 2015.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE